**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1394**

_____

KEVIN WILLES,

            Plaintiff - Appellant,

      v.

WELLS FARGO BANK, N.A.,

            Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    Catherine  C.  Blake,  Chief District
Judge.  (1:12-cv-00137-CCB)

_____

Submitted:  September 28, 2015        Decided:  October 1, 2015

_____

Before  SHEDD  and  DUNCAN,  Circuit  Judges,  and  DAVIS,  Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Andrew J. Toland, III, DISCEPOLO LLP, Baltimore, Maryland, for
Appellant.    Jennifer  M.  Mountcastle,  THOMPSON  HINE  LLP,
Columbus,  Ohio,  Brian  Troyer,  THOMPSON  HINE  LLP,  Cleveland,
Ohio, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Willes appeals the district court's order denying his motion to modify a scheduling order and granting summary judgment in favor of Wells Fargo Bank, N.A. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Willes v. Wells Fargo Bank, N.A., No. 1:12-cv-00137-CCB (D. Md. Mar. 16, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED